**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

Selvin Amilcar CHUN ZACARIAS,        :
              Plaintiff,        :
                               :
          v.        :        Civil No.: 2:26-cv-04114
                               :
J.L. JAMISON, et al.,        :
              Defendants.        :

---

**ORDER**

**AND NOW**, this 22nd day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 3), **IT IS HEREBY ORDERED** as follows:

1.      The Petition (ECF No. 1) is **GRANTED**;[1]

2.      Mr. Chun Zacarias is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

---

[1] Mr. Chun Zacarias has resided in the United States since he entered in 2011. *See* Pet. for Habeas Corpus ¶ 1. Since entering the United States, Petitioner has lived in Phoenixville, Pennsylvania. *Id.* at ¶ 18. For the last 15 years, Petitioner has worked in landscaping and food service and he provides for his wife and three children. *Id.* at ¶ 19. On or about June 11, 2026, DHS arrested and detained him with no prior notice or opportunity to contest his detention. *Id.* at ¶ 21.

The Government contends that Mr. Chun Zacarias is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2), and that Mr. Chun Zacarias detention does not offend due process. The vast majority of federal courts, including this Court, have rejected these arguments. *See e.g., Buele Morocho v. Jamison*, No. CV 25-5930 (E.D. Pa. Nov. 26, 2025); *Patel v. McShane*, No. CV 25-5975, 2025 WL 3241212 (E.D. Pa. Nov. 20, 2025); *Ndiaye v. Jamison*, No. CV 25-6007, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-5488, 2025 U.S. Dist. LEXIS 226877 (E.D. Pa. Nov. 18, 2025); *Kashranov v. Jamison*, No. 25-5555, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); *Cantu-Cortes v. O'Neill*, No. 25-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025).

Accordingly, Mr. Chun Zacarias's mandatory detention without the opportunity for a bail hearing is unlawful.

3.      The Government shall **RELEASE** Mr. Chun Zacarias from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on June 24, 2026;

4.      If the Government chooses to pursue re-detention of Mr. Chun Zacarias pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.; and

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.[2]

BY THE COURT:

/s/ *John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[2] The Court shall retain jurisdiction of this matter for thirty (30) days unless otherwise ordered.